IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| EFRAIN GONZALEZ GARCIA | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| PAM BONDI, U.S. Attorney General; | § | CIVIL ACTION NO. 9:26-CV-00177 |
| KRISTI NOEM, Secretary, Department of | § | JUDGE MICHAEL J. TRUNCALE |
| Homeland Security; DEPARTMENT OF | § | |
| HOMELAND SECURITY; IMMIGRATION | § | |
| CUSTOMS ENFORCEMENT; BRET A. | § | |
| BRADFORD, Houston Field Office, Director | § | |
| for Detention and Removal, U.S. Immigration | § | |
| and Customs Enforcement, Department of | § | |
| Homeland Security;  ALEXANDER | § | |
| SANCHEZ, Warden of IAH Polk Adult | § | |
| Detention Facility | § | |
| | § | |
| *Respondents.* | § | |

## ACKNOWLEDGEMENT OF STIPULATION OF VOLUNTARY DISMISSAL

The Court has received the Petitioner's Notice of Voluntary Dismissal filed in the above-styled matter. [Dkt. 2]. Petitioner stipulates to the dismissal of all claims filed in this matter without prejudice.

Accordingly, the Court **ACKNOWLEDGES** that all claims filed in this matter are hereby **DISMISSED WITHOUT PREJUDICE**, effective the date of the filing of the stipulation.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 7th day of April, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge